IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

vs.                                                                                   No. 13-10020-01-JTM

JAMES R. KASINGER,
          Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the defendant James Kasinger's Motion for Early Release from Supervision. (Dkt. 112). After pleading guilty to a charge of conspiracy to distribute marijuana, Kasinger was sentenced on December 16, 2013 to 60 months imprisonment followed by four years of supervised release. His term of supervised release began July 11, 2017.

The defendant represents that he has completed two years of supervised release and has complied with the conditions set forth by the court. He states he has successfully reintegrated himself into society and has reconnected with his sons.

The United States Probation Office has indicated that Kasinger has not had any noncompliance with the terms and conditions of supervision. He has maintained his current employment and residence since the commencement of supervision. Finally, he

has reestablished a positive relationship with his children.  The United States does not oppose the motion.

IT IS ACCORDINGLY ORDERED for good cause shown, that the defendant's Motion for Early Release (Dkt. 112) is hereby granted.

*s/ J. Thomas Marten*
J. Thomas Marten, Judge